UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mary Komongnan
200 36th St., SE
Washington, DC 20019

Vs.

United States Marshall's Service
District of Columbia
H. Carl Moultrie Courthouse
500 Indiana Ave., NW
Room C-250
Washington, DC 20001

CASE NUMBER 1:06CV00909

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 05/15/2006

JURY ACTION

Complaint for Damages Based Upon
Unreasonable Search

A. <u>Jurisdiction</u>

Plaintiff asserts jurisdiction under <u>Bivens</u>. The events in this case took place in the District of Columbia where the plaintiff's residence is located and such events occurred.

B. <u>Facts</u>

1) On May 17, 2003, United States Marshals responded to the residence of Ms. Mr. Komongnan located at 200 36th St., SE, Washington, DC 20019.

2) The Marshals, who never showed a warrant, stated they were looking for a Mr. Ameer Culbreath and that he was on the back porch of the residence.

3) Mr. Culbreath was already incarcerated at the time when the Marshals came to this residence and they were told this information.

4) Plaintiff consented to the search of her residence and there were a number of other individuals present.

5) One officer went down to the basement to look for Mr. Culbreath.

6) Ms. Komongnan went to the basement to tell this officer that Mr. Culbreath was already in jail.

7) The officer, who was on his knees, slapped the magazine of his gun and pointed the weapon directly at Ms. Komongnan and told her to go upstairs when she had reached the bottom step of the staircase.

8) At this point, another officer instructed her to come up the stairs ending the situation.

WHEREFORE, the plaintiff respectfully requests that this court award her

1) Compensatory damages which she has suffered as the result of having a pistol pointed at her.

2) Punitive damages if appropriate under the circumstances.

3) Any other relief that the Court might deem just and reasonable that is allowed by law under these circumstances.

Plaintiff demands trial by jury.

Respectfully Submitted,

Paul D. Hunt
Attorney for Ms. Komongnan
4614 Wissahican Ave.
Rockville, MD  20853
Fed. Bar #447182
Phone: 202-463-1965