UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary Komongnan                        *
                                       *        1:06CV00909
                                       *
Vs.                                    *
                                       *
                                       *
United States Marshall's Service       *

Proof of Service

The plaintiff, through counsel, hereby submits the return of service forms executed by the server of the process in the above captioned case indicating proof of service of process.

Respectfully Submitted,

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853
Fed. Bar #447182
Phone: 301-565-0540