AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/31/06 |
| NAME OF SERVER (PRINT) LARRY THOMAS | TITLE INV |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. ATTORNEY'S OFFICE 501 5TH ST. NW, Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tammy Scott

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 60.00 | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/06
Date

Signature of Server

Address of Server: P O Box 573 Hughesville, MD

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/31/06 |
| NAME OF SERVER (PRINT) LARRY THOMAS | TITLE INV |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: US DEPT OF JUSTICE 900 PA. AVE N.W., Washington DC

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ray McDowell

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 60.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/06
Date

Signature of Server

PO Box 573 Huntersville, MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/31/06 |
| NAME OF SERVER (PRINT) LARRY THOMAS | TITLE INV. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: US Marshals Service
BC Superior Court

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Supervisor Hedgepeth

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 60.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/06
Date

Signature of Server

PO Box 573, Hughesville, MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.