UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KOMONGNAN )<br>200 36th St., SE )<br>Washington, DC 20019 )<br>    )<br>        Plaintiff )<br>    )<br>    v. )<br>    )<br>U.S. MARSHALS SERVICE )<br>District of Columbia )<br>H. Carl Moultrie Courthouse )<br>500 Indiana Ave., NW, Rm. C-250 )<br>Washington, DC 20001 )<br>    ) | Case No: 06-00909 (ESH) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

 /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on October 18, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Paul Hunt
4614 Wissahican Ave.
Rockville, MD 20853
(202) 463-1965

          /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153