UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MARY KOMONGNAN            )
                          )
    PLAINTIFF,             )
    v.                    ) CIVIL ACTION NO. 1:06-00909
                          )
UNITED STATES MARSHALS    )
SERVICE                   )
                          )
    DEFENDANT             )

## DECLARATION OF ROBERT W. BRANDT

I, Robert W. Brandt, declare the following to be true and correct:

1. I am a Supervisory Deputy United States Marshal for the United States Marshals Service (USMS), Department of Justice, Arlington, Virginia, working in the Office of General Counsel for the USMS.

2. This office is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the USMS under the Federal Tort Claims Act (FTCA). The FTCA is the exclusive administrative procedure for submitting claims to the USMS. All such claims are forwarded to the Office of General Counsel for disposition.

3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.

4. This office searched the FTCA claim records to determine whether a claim was presented to the USMS by plaintiff arising out of the incident described in the complaint.

5. The review of the FTCA claim records did not reveal any FTCA claims presented to the USMS by plaintiff arising out of the incident described in the complaint.

6. Plaintiff's complaint alleges that the USMS conducted a fugitive investigation for Ameer Culbreath on May 17, 2003.

7. The USMS has no record of ever conducting a fugitive investigation for Ameer Culbreath at or near plaintiff's residence.

8. My review of Ameer Culbreath's criminal history reveals that on May 17, 2003, four different law enforcement agencies had outstanding warrants for his arrest. On May 17, 2003, Ameer Culbreath was considered armed and dangerous because, as of that date, he had been convicted of several counts of armed distribution of controlled substances, assaults on law enforcement officers and individuals, being a felon in possession of a firearm, as well as several arrests for being in possession of firearms.

_____
Robert W. Brandt
Supervisory Deputy United States Marshal
United States Marshals Service Headquarters
Washington, D.C. 20530-1000
(202) 307-9054

Executed on: October 21, 2006