**FOR OFFICIAL USE ONLY**

Search

# VOLUME VIII
## Fugitive Investigations

---

8.8-5. *SCOPE OF SEARCH.*

a. *Personal Safety.* After having entered the premises, deputies should take whatever reasonable steps necessary to protect themselves. They may control the movements of persons found inside the premises and may frisk such persons for weapons on reasonable suspicion that they are armed. Searches of persons found within the premises for evidence described in the warrant are not permissible unless such persons are named in the warrant. Hence, if the items sought may be concealed on individuals thought to be on the premises, such persons should be named in the warrant.

**Edition 2, August 1994**

**FOR OFFICIAL USE ONLY**