UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mary Komongnan | * |
| | * |
| | *    06-00909(ESH) |
| Vs. | * |
| | * |
| | * |
| U.S. Marshals Service | * |
| | * |

ORDER

For the reasons contained in the pleadings of the parties, it is hereby;

ORDERED

1) That the plaintiff's motion to dismiss is DENIED at this time.

2) Further, that the caption of the complaint shall be amended to become "An Unknown Member of the U.S. Marshall's Service.

 

_____
United States District Judge