# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY KOMONGNAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-909 (ESH) |
| ) | |
| **U.S. MARSHALS SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

It is hereby **ORDERED** that defendant's Motion to Dismiss [Dkt. 5] is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                            /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: December 18, 2006